# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REUBEN HENRY, )
)
    Plaintiff, )
) Civil Action No. 10-189 Erie
v. )
)
SUPERINTENDENT SAUER, )
)
    Defendant. )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 5, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on October 5, 2010 [Doc. No. 7], recommended that the action be dismissed for failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service to file objections. Service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the matter and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of October, 2010;

IT IS HEREBY ORDERED that the case is DISMISSED for failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed October 5, 2010 [Doc. No. 7], is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                                   United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge